# Exhibit 2

Method Claim: 1

| US8276079 | Kahoot! ("The accused instrumentality") |
|---|---|
| 1. A method of a computing device providing a user with a web-browser supplement, comprising:<br><br>**Col 4: lines 29-32**<br><br>*<u>The web page 210 as viewed by the user includes the original web page text, but additionally includes the overlay 212 that includes supplement text</u> that can be related to the information of the web page.*<br><br>*<u>An embodiment of the web-browser</u>* | The accused instrumentality practices a method of a computing device (e.g., a computer, user device, etc. used to access the accused instrumentality) providing a user (e.g., a user of the accused instrumentality such as an admin of a group, etc.) with a web-browser supplement (e.g., a browser-displayed reports page including View podium, Players, etc. that presents ranked participant results).<br><br>As shown below, the accused instrumentality allows a user such as an admin, teacher, etc. to create and join groups on a computer using a web-browser. The group admins can invite members to join groups and share kahoots with group members. The group members can access and participate in the shared kahoots through the group. After participants complete a kahoot, the admin can access the Reports interface through a web browser. The Reports interface presents additional information relating to the participants, including the number of players, game results, question statistics, completion information, and a "View podium" option that displays ranked participant results. This information is provided in addition to the underlying game summary and therefore supplements the information available to the user through the browser. |

<table>
<tr>
<td>supplement allows, for example, third party developers to add their own focal group applications. One example of a focal group application includes a mini-button or an icon displayed next to any item on the page that is recognized by the overlay as a target item (i.e. around which the overlay creates some enhanced content, or filtering, or sorting)</td>
<td>


<br>
https://kahoot.com/
<br>


<br>
https://kahoot.com/
</td>
</tr>
</table>




https://kahoot.com/what-is-kahoot/

| | |
|---|---|
| | <br>https://create.kahoot.it/discover?language=en |




https://create.kahoot.it/solo?quizId=5285cd58-1855-48d2-a7f3-23f0cac4c955&gameMode=nano



# What browsers and systems are supported?

Updated 20 hours ago Follow Related articles

Kahoot! offers web platforms that are fully supported on the latest two versions of Chrome, Firefox, Safari, and Edge.

- https://create.kahoot.it - Find and create games to host
- https://kahoot.it - Join games someone is hosting

For the best user experience, we recommend **disabling ad-blockers** when navigating Kahoot! platform. There are no external ads on our website but ad-blockers may interfere with some parts of the interface. Additionally, ad-blockers impede our ability to investigate potential issues encountered on our platform.

https://support.kahoot.com/hc/en-us/articles/115003198748-What-browsers-and-systems-are-supported



Kahoot! app for macOS:

- **Mac App Store** - requires macOS 10.15 or later

Windows 10 apps are also available that provide shortcuts to our web platforms.

- **Kahoot! Create** - Find and create games to host
- **Kahoot! Play** - Join games someone is hosting

https://support.kahoot.com/hc/en-us/articles/115003198748-What-browsers-and-systems-are-supported

| | |
|---|---|
| | <br>https://play.kahoot.it/v2/gameblock?quizId=8faed3cf-492d-4d26-b111-545e32873098<br><br>As shown below, the Reports interface presents additional information relating to the participants, including the number of players, game results, question statistics, completion information, and a "View podium" option that displays ranked participant results. |

| | |
|---|---|
| |   https://www.youtube.com/watch?v=ZwkzIWCxhj4 |

| | |
|---|---|
| | **Podium**<br>At the end of the game, there will be a podium. Every player's screen will show their final score.<br>Players who finish **in the top 5** will see their **ranking** displayed on the leaderboard.<br>If a player ranks **below 5th place**, only their **score will be shown**, not their specific position.<br>Participants who are on the podium will see a **medal icon** on their screen.<br>If you plan to award prizes to top scorers, you can ask participants to show their screens as confirmation.<br><br>https://support.kahoot.com/hc/en-us/articles/360039900153-Tips-for-hosting-a-live-game |
| obtaining, by the computing device, access to a focal group of a focal group server through a network connection, the focal group comprising at least one | The accused instrumentality practices obtaining, by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), access to a focal group (e.g., a study group, a business group, etc.) of a focal group server (e.g., a server of the accused instrumentality) through a network connection (e.g., internet), the focal group (e.g., a study group, a business group, etc.) comprising at least one member (e.g., a participant such as student, an employee, etc.) having at least one association (e.g., membership in the same group) with the user (e.g., an admin of the group such as teacher, organization, etc.), wherein the focal group (e.g., a study group, a business group, etc.) comprises a restricted group (e.g., a private invitation based group) of people (e.g., invited group members, etc.) who are associated based on activity or topic (e.g., a class, a course, or teams such as marketing, HR, etc.) |

| | |
|---|---|
| member having at least one association with the user, wherein the focal group comprises a restricted group of people who are associated based on activity or topic;<br><br>**Col 3: lines 9-20**<br><br>*Generally, a focal group is a small restricted group of people who are associated based on activity or topic. The focal group can include, for example, a group of friends, family members or people with common interests. As will be described, a* | As shown below, the accused instrumentality allows a user to access a Kahoot Group or Study Group through a web browser on a computer over the Internet. The group includes invited members such as students, teachers, employees, etc. who are associated with the user through membership in the same group and participate in shared learning activities or topics. The group is a restricted, invitation-based group that enables members to collaborate, access shared kahoots, and engage in activities relating to a common class, course, training program, or other shared interest.<br><br>Kahoot! app for macOS:<br><br>• **Mac App Store** - requires macOS 10.15 or later<br><br>Windows 10 apps are also available that provide shortcuts to our web platforms.<br><br>• **Kahoot! Create** - Find and create games to host<br>• **Kahoot! Play** - Join games someone is hosting<br><br>https://support.kahoot.com/hc/en-us/articles/115003198748-What-browsers-and-systems-are-supported |

| | |
|---|---|
| *focal group can include any number of members. The member can be individual people or even corporate entities. The focal group can include, for example, a single person who is considered an expert in a particular subject area, or the focal group can include many individual who are commonly associated by some activity or other criteria. The focal groups can be formed, or borrowed from somewhere else.* | <br>https://play.google.com/store/apps/details?id=no.mobitroll.kahoot.android&hl=en_US<br><br>As shown below, the accused instrumentality allows a user to access a Kahoot Group or Study Group through a web browser on a computer over the Internet. |

| | |
|---|---|
| | **How to create Kahoot! group**<br>1. Select **Groups** from the left-side navigation panel.<br>2. Choose **Create group.**<br><br>https://support.kahoot.com/hc/en-us/articles/360050812414-How-to-create-and-remove-Kahoot-groups |

| | |
|---|---|
| | # Introducing Groups, a brand-new way to collaborate and share content with Kahoot!<br><br>Benefits of collaborative learning: now everyone can save time, improve learning outcomes, and share resources with Groups, an intuitive way to seamlessly and securely collaborate.<br><br>The Kahoot! community often tells us about the importance of sharing high-quality kahoots and collaborating with other users. That's why we wanted to make it even easier to share knowledge, host live games and challenges, and co-create learning material.<br><br>We're delighted to announce Groups, a flexible new way to share content about common topics and interests in order to learn from others and collaborate on content.<br><br>https://kahoot.com/blog/2020/07/09/introducing-groups/<br><br>**How do members collaborate?**<br><br>The group admin and invited members share kahoots on a common interest or topic for each other to host. All members can view and host kahoots that are shared with the group by other members. In a team space, members can edit kahoots added by others. In a group, each user has autonomy over their own kahoots. If a group member wants to make modifications, they have to duplicate the kahoot to My Kahoots, their personal space.<br><br>https://kahoot.com/blog/2020/07/09/team-space-and-groups/ |

| | |
|---|---|
| | Any Kahoot! user can create and manage a group and invite a set number of members, depending on their subscription. There's no limit to collaboration: a group can include individuals from any part of your organization or an external group! Every group is private and secure.<br><br>As an admin of a group, you have full control over the group's content and can add or remove kahoots as required. As a group member, you can view and host kahoots that are shared within the group, but you cannot edit them. Group members can also share their own personal content to the group.<br>https://kahoot.com/blog/2020/07/09/introducing-groups/<br><br>**Share kahoots with specific groups and set their levels of access**<br><br>• Securely share kahoots to a group of individuals as defined by you, with full flexibility<br>• Members of your group can play these kahoots as live games or as self-paced challenges<br>• Members of your groups can access and host the kahoots you specify, but cannot edit them. Their hosting experience (i.e., how many players can participate in a learning experience) depends on **their** Kahoot! plan<br>• Customize groups however you need – by department, network, location, event, etc.<br>https://kahoot.com/blog/2020/07/09/introducing-groups/ |



# Kahoot! groups: Intro

Updated 1 month ago Follow

Related articles

Sharing knowledge and organizing material is vital to our community. To facilitate that we offer groups. You can build curated banks of content that are targeted to specific use cases and individuals of your choosing – from within your organization or from an external group.

## Kahoot! groups: Overview

- Groups created within a shared workspace and their content are visible and accessible to all its members (excluding the limited members).
- A group owner and members (if enabled) can invite members from outside of a shared workspace.
- The group owner can enable members to share and assign kahoots shared in the group.
- Owners can remove members from their groups.

https://support.kahoot.com/hc/en-us/articles/360055143154-Kahoot-groups-Intro

<table>
<tr>
<td></td>
<td>


<br>
https://kahoot.com/blog/2021/02/24/collaborate-online-with-external-workers/
</td>
</tr>
</table>

| | |
|---|---|
| | <br>https://kahoot.com/blog/2021/02/24/collaborate-online-with-external-workers/ |

<table>
<tr>
<td></td>
<td>


https://kahoot.com/blog/2020/07/09/introducing-groups/
</td>
</tr>
<tr>
<td>obtaining, by the computing device, information associated with the at least one member having relevance to the focal group,</td>
<td>The accused instrumentality practices obtaining, by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), information (e.g., scores, rank, etc.) associated with the at least one member (e.g., a participant such as student, an employee, etc.) having relevance to the focal group (e.g., a study group, a business group, etc.), wherein the information (e.g., scores, ranking, etc.) is ranked by a level of importance (e.g., ranking position, podium order, etc.), wherein the rank by the level of importance (e.g., ranking position, podium order, etc.) of the information (e.g., scores, rank, etc.) is based on at least one of a member rank on a relevant topic (e.g., ranking in Kahoot associated with the topic), a level of affinity between the user and each member, a level of expertise of each member, a level of</td>
</tr>
</table>

| | |
|---|---|
| wherein the information is ranked by a level of importance, wherein the rank by the level of importance of the information is based on at least one of a member rank on a relevant topic, a level of affinity between the user and each member, a level of expertise of each member, a level of performance of past information provided by each member, a level of proficiency of each member; | performance of past information provided by each member (e.g., answers submitted by each participant during Kahoot), a level of proficiency of each member (e.g., scores, accuracy, etc.).<br><br>As shown below, when members of a Kahoot Group participate in a kahoot, the accused instrumentality collects and displays information associated with those members, including scores, rankings, podium positions, and other performance statistics. After completion of the kahoot, the information is presented in the Reports and View Podium interfaces, where participants are ordered according to their performance, such as points earned and ranking position. The displayed rankings relate to the proficiency and performance of the participants in the relevant learning activity and is based on the participants submitted answers, scores, and accuracy.<br><br>**Share kahoots with specific groups and set their levels of access**<br><br>• Securely share kahoots to a group of individuals as defined by you, with full flexibility<br>• Members of your group can play these kahoots as live games or as self-paced challenges<br>• Members of your groups can access and host the kahoots you specify, but cannot edit them. Their hosting experience (i.e., how many players can participate in a learning experience) depends on **their** Kahoot! plan<br>• Customize groups however you need – by department, network, location, event, etc.<br><br>https://kahoot.com/blog/2020/07/09/introducing-groups/ |

| | |
|---|---|
| | <br>https://kahoot.com/blog/2021/02/24/collaborate-online-with-external-workers/ |

It only takes a couple of clicks to start adding kahoots to your group. Select the **Add kahoot** button and search for kahoots you wish to add to your group. Once you have found your chosen kahoot, select **Add** and the group members will now be able to find it in the **Shared content** tab in the group.




https://kahoot.com/blog/2020/07/09/introducing-groups/

## Targeted collaboration with Groups

Kahoot! brings people and knowledge together, so we wanted to make it easier for Kahoot! users to share high-quality kahoots amongst each other. That's why we created Groups.

Groups provide greater flexibility for sharing and collaborating, as any Kahoot! user can set up a group and invite individuals of their choosing – from within their organization or from an external group.

https://kahoot.com/blog/2020/07/09/team-space-and-groups/

**How do members collaborate?**

The group admin and invited members share kahoots on a common interest or topic for each other to host. All members can view and host kahoots that are shared with the group by other members. In a team space, members can edit kahoots added by others. In a group, each user has autonomy over their own kahoots. If a group member wants to make modifications, they have to duplicate the kahoot to My Kahoots, their personal space.

https://kahoot.com/blog/2020/07/09/team-space-and-groups/

# Classic experience vs Accuracy experience

Wondering which experience fits your needs? Check out the side-by-side comparison:

| | Classic experience | Accuracy experience |
|---|---|---|
| Scoring criteria | Players receive points based on the speed and correctness of their answers | Players receive points based solely on the correctness of their answers. Speed does not influence scoring. |
| Point distribution | Points decrease as the timer counts down. The faster the correct response, the higher the points. | Each correct answer receives 1 point. Partially correct answers (in multi-select questions) and almost correct answers (in slider questions) are also considered correct. |

https://support.kahoot.com/hc/en-us/articles/39818967108627-Accuracy-experience-How-to-host-a-kahoot

As shown below, the accused instrumentality allows participants to submit answers for relevant

| | |
|---|---|
| | topic questions.<br><br>a computing device<br>https://play.kahoot.it/v2/gameblock?quizId=8faed3cf-492d-4d26-b111-545e32873098 |

# Answer results

After everyone has submitted an answer or the timer runs out, results will appear showing how many chose a correct answer and/or how many chose each option. This screen offers a great "campfire moment" opportunity where everyone is eagerly looking forward and you can step in front to grab their attention. For example, you can elaborate on why particular answers were right or wrong, or ask for feedback on why people selected certain answers.




https://support.kahoot.com/hc/en-us/articles/360039900153-Tips-for-hosting-a-live-game

| | |
|---|---|
| | <br>https://support.kahoot.com/hc/en-us/articles/360039900153-Tips-for-hosting-a-live-game |
| adaptively updating, by the computing device, the information associated with the at least one member having relevance to the focal group based on web browsing of the user; and | The accused instrumentality practices adaptively updating (e.g., dynamically updating scores, etc.), by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), the information (e.g., scores, ran, etc.) associated with the at least one member (e.g., a participant such as a student, an employee, etc.) having relevance to the focal group (e.g., a study group, a business group, etc.) based on web browsing of the user (e.g., web browsing of admin, teacher, etc.).<br><br>As shown below, when participants submit answers and complete a Kahoot, the accused instrumentality updates member-related information such as scores, rankings, podium positions, completion status, and performance statistics. As additional participants complete the kahoot and achieve higher scores, the rankings and podium positions are correspondingly updated as per the latest participant performance. When a user, such as a teacher or group admin clicks on the Reports interface through the web browser, the updated information is retrieved and displayed, allowing them to view the current scores, rankings, podium results, and performance information associated with members of the group. |

| | |
|---|---|
| | **How do members collaborate?**<br><br>The group admin and invited members share kahoots on a common interest or topic for each other to host. All members can view and host kahoots that are shared with the group by other members. In a team space, members can edit kahoots added by others. In a group, each user has autonomy over their own kahoots. If a group member wants to make modifications, they have to duplicate the kahoot to My Kahoots, their personal space.<br>https://kahoot.com/blog/2020/07/09/team-space-and-groups/<br><br>**Classic experience vs Accuracy experience**<br><br>Wondering which experience fits your needs? Check out the side-by-side comparison:<br><br>(see table below)<br><br>https://support.kahoot.com/hc/en-us/articles/39818967108627-Accuracy-experience-How-to-host-a-kahoot |

| | Classic experience | Accuracy experience |
|---|---|---|
| Scoring criteria | Players receive points based on the speed and correctness of their answers | Players receive points based solely on the correctness of their answers. Speed does not influence scoring. |
| Point distribution | Points decrease as the timer counts down. The faster the correct response, the higher the points. | Each correct answer receives 1 point. Partially correct answers (in multi-select questions) and almost correct answers (in slider questions) are also considered correct. |

| | |
|---|---|
| | Participants<br><br>Click on **Participants** to see a detailed leaderboard with correct answers (%), unanswered questions, and final score.<br><br>💡 You can click on a participant to view their results.<br><br>💡 If it's a report from an assignment, you can also click three vertical dots ⋮ on a participant to remove them. It's not available for live game reports.<br><br>☝ It's not possible to rejoin a session with the same nickname, even if the participant was removed from the session's report.<br>https://support.kahoot.com/hc/en-us/articles/360035063054-Kahoot-quiz-reports<br><br>As shown below, when a user, such as a teacher or group admin clicks on the Reports interface through the web browser, the updated information is retrieved and displayed, allowing the teacher or admin to view the current scores, rankings, podium results, and performance information associated with members of the group. |




https://support.kahoot.com/hc/en-us/articles/360035063054-Kahoot-quiz-reports

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=ZwkzIWCxhj4 |
| supplementing web browsing, by the computing device, of the user by providing information of the members of the focal group, wherein the supplementing the web browsing | The accused instrumentality practices supplementing web browsing (e.g., providing additional participant-performance information through a browser-based Reports interface), by the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), of the user (e.g., a user of the accused instrumentality such as an admin of a group, etc.) by providing information (e.g., scores, ranking, etc.) of the members of the focal group (e.g., a study group, a business group, etc.), wherein the supplementing the web browsing (e.g., providing additional participant-performance information through a browser-based Reports interface) comprises executing a plug-in (e.g., web application) loaded on the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality), wherein the plug in (e.g., web application) provides overlaying of the ranked information (e.g., displaying participant rankings, podium position, etc.) associated with the at least one member (e.g., a participant such as a student, employee, etc.) on a web page (e.g., reports web page of the accused instrumentality) displayed on the computing device (e.g., a computer, user device, etc. used to access the accused instrumentality) that is related to |

| | |
|---|---|
| comprises executing a plug-in loaded on the computing device, wherein the plug in provides overlaying of the ranked information associated with the at least one member on a web page displayed on the computing device that is related to information of the web page, comprising manipulating the information of the web page based on the ranked information.<br><br>**Col 4: lines 8-9**<br><br>*An embodiment* | information of the web page (e.g., reports web page of the accused instrumentality), comprising manipulating the information of the web page based on the ranked information (e.g., displaying participants in ranking order, updating podium positions based on participant scores).<br><br>As shown below, the accused instrumentality displays the results of completed kahoot activities through browser-based Reports page. These pages present participant information including scores, rankings, podium positions, player statistics, and performance results together with information relating to the completed kahoot. As additional participants complete the activity or obtain higher scores, the displayed rankings and podium positions are updated as per the latest results. Thus, it allows a teacher or group admin to view the performance of group members through the browser interface.<br><br><br>https://support.kahoot.com/hc/en-us/articles/115003198748-What-browsers-and-systems-are-supported |

| | |
|---|---|
| *of the overlay plug in includes a software component installed on a user's computer.* | Kahoot! app for macOS:<br><br>• Mac App Store - requires macOS 10.15 or later<br><br>Windows 10 apps are also available that provide shortcuts to our web platforms.<br><br>• Kahoot! Create - Find and create games to host<br>• Kahoot! Play - Join games someone is hosting<br><br>https://support.kahoot.com/hc/en-us/articles/115003198748-What-browsers-and-systems-are-supported<br><br>Any Kahoot! user can create and manage a group and invite a set number of members, depending on their subscription. There's no limit to collaboration: a group can include individuals from any part of your organization or an external group! Every group is private and secure.<br><br>As an admin of a group, you have full control over the group's content and can add or remove kahoots as required. As a group member, you can view and host kahoots that are shared within the group, but you cannot edit them. Group members can also share their own personal content to the group.<br><br>https://kahoot.com/blog/2020/07/09/introducing-groups/ |

| | |
|---|---|
| | **Share kahoots with specific groups and set their levels of access**<br>• Securely share kahoots to a group of individuals as defined by you, with full flexibility<br>• Members of your group can play these kahoots as live games or as self-paced challenges<br>• Members of your groups can access and host the kahoots you specify, but cannot edit them. Their hosting experience (i.e., how many players can participate in a learning experience) depends on **their** Kahoot! plan<br>• Customize groups however you need – by department, network, location, event, etc.<br>https://kahoot.com/blog/2020/07/09/introducing-groups/<br><br>**How do members collaborate?**<br>The group admin and invited members share kahoots on a common interest or topic for each other to host. All members can view and host kahoots that are shared with the group by other members. In a team space, members can edit kahoots added by others. In a group, each user has autonomy over their own kahoots. If a group member wants to make modifications, they have to duplicate the kahoot to My Kahoots, their personal space.<br>https://kahoot.com/blog/2020/07/09/team-space-and-groups/ |

# Classic experience vs Accuracy experience

Wondering which experience fits your needs? Check out the side-by-side comparison:

| | Classic experience | Accuracy experience |
|---|---|---|
| Scoring criteria | Players receive points based on the speed and correctness of their answers | Players receive points based solely on the correctness of their answers. Speed does not influence scoring. |
| Point distribution | Points decrease as the timer counts down. The faster the correct response, the higher the points. | Each correct answer receives 1 point. Partially correct answers (in multi-select questions) and almost correct answers (in slider questions) are also considered correct. |

https://support.kahoot.com/hc/en-us/articles/39818967108627-Accuracy-experience-How-to-host-a-kahoot

As shown below, the accused instrumentality allows participants to submit answers for relevant topic questions.

| | |
|---|---|
| | <br>https://play.kahoot.it/v2/gameblock?quizId=8faed3cf-492d-4d26-b111-545e32873098 |

<table>
<tr>
<td></td>
<td>


https://www.youtube.com/watch?v=ZwkzIWCxhj4
</td>
</tr>
</table>